IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: December 4, 2025

| | | |
|---|---|---|
| BIN CHAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-01412-JD |
| | ) | |
| PAMELA BONDI, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

    The Court previously made a disclosure to counsel for the parties regarding her husband's military orders and detail as a temporary immigration judge for an anticipated 6-month period (anticipated until the end of March 2026). Judge Dishman has reviewed the above-captioned matter and does not view this as a reason to recuse. However, she is giving the parties through their counsel **7 days, or until December 11, 2025**, to contact the Clerk of Court, Joan Kane, to request her recusal and for a reassignment to another district judge, by either telephone at 405-609-5050 or e-mail at [Joan_Kane@okwd.uscourts.gov](mailto:Joan_Kane@okwd.uscourts.gov).

    Counsel for the parties noted above agreed to waive a telephonic conference regarding Judge Dishman's disclosure, as these same lawyers, Nicholas Ratkowski for Petitioner, and Sarah Greenwalt McMurray for Respondents, have heard Judge Dishman make this disclosure before. Therefore, Judge Dishman memorializes that the disclosure has been made to the parties noted above through counsel and notes the 7-day deadline via this Enter Order, without objection by the parties.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                        JOAN KANE, CLERK

                                      By:   /s/Nyssa Vasquez-Morrow
                                                      Deputy Clerk